IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MATTHEW McANANY, | : Civil Action |
|---|---|
| Plaintiff, | : |
| vs. | : Jury Trial Demanded |
|  | : Civil Action No.: 2:07-cv-00325-GLL |
| CASE, a corporation; CNH, a corporation; CNH GLOBAL NV, a corporation; and SOUTHEASTERN EQUIPMENT CO., INC., | : |
| Defendants. | : |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties through their respective counsel, hereby stipulate and agree to the dismissal of this action, in its entirety, with prejudice and on the merits as to all claims, with the parties bearing their own costs.

Respectfully submitted,

LUXENBERG, GARBETT, KELLY & GEORGE, P.C.

By  /s/ Charles W. Garbett
    Charles W. Garbett, Esquire
    Attorney for Plaintiff

By:  /s/ Daniel LaFave
    Daniel LaFave, Esquire
    Attorney for Defendants

SO ORDERED this 28th day of Nov, 2008.

_____
Gary L. Lancaster, U.S. District Judge